**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

RYAN DASH,

                        Plaintiff,

      -against-                                   25 **CIVIL** 7063 (LLS)

                                                     **JUDGMENT**

RIKERS ISLAND DOC; BOB BARKER
COMPANY INC.,

                        Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 10, 2025, the Court has dismissed the complaint, filed IFP under 28 U.S.C. § 1915(a)(1), for failure to state a claim on which relief may be granted, see 28 U.S.C. § 1915(e)(2)(B)(ii); accordingly, the case is closed.

**Dated:** New York, New York

      January 21, 2026

                                       **TAMMI M. HELLWIG**
                                     _____
                                         **Clerk of Court**

                 **BY:**          K. Mango

                                       _____
                                         **Deputy Clerk**